# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WALLACE STILZ, III, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:11-cv-05631 |
| | ) |
| META FINANCIAL GROUP, INC., | ) ) |
| Defendant. | ) Judge Ruben Castillo |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant Meta Financial Group, Inc. states, by and through counsel, as follows:

1. Meta Financial Group, Inc. is a publicly held company, and is the holding company for MetaBank, including its key division, Meta Payment Systems. The stock of Meta Financial Group, Inc. is traded on the NASDAQ Global Market.

2. Meta Financial Group, Inc. does not believe that any entity owns more than five percent of the stock of Meta Financial Group, Inc.

s/Dean S. Rauchwerger
Dean S. Rauchwerger
Michael S. Errera
Clausen Miller P.C.
10 S. LaSalle Street, 16th Floor
Chicago, IL 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
Email: drauchwerger@clausen.com
       merrera@clausen.com

and

Derek W. Edwards (*pro hac vice* to be filed)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-8966
Telephone:    (615) 244-6380
Facsimile:    (615) 244-6804
Email: derek.edwards@wallerlaw.com

*Attorneys for Defendant Meta Financial Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

       Jennifer Kunze, Esq.
       The Miller Law Group
       15 Spinning Wheel Road
       Hinsdale, Illinois 60521
       Telephone:   (630) 654-4847
       Email:   jennifer@themillerlawgroup.org

                          s/Dean S. Rauchwerger
                          Dean S. Rauchwerger
                          Michael S. Errera
                          Clausen Miller P.C.
                          10 S. LaSalle Street, 16th Floor
                          Chicago, IL 60603
                          Telephone: (312) 855-1010
                          Facsimile: (312) 606-7777
                          Email: drauchwerger@clausen.com
                                      merrera@clausen.com

                          *Attorneys for Meta Financial Group, Inc.*